```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 04 B 37856
   LATONYA SIMS
                                              CHAPTER 13

                                              JUDGE: BRUCE W BLACK

         Debtor
   SSN XXX-XX-8791


------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 10/12/04 and confirmed on 01/13/05.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $  20878.00 .

   4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WELLS FARGO | CURRENT MORTG | .00 | .00 | .00 |
| WELLS FARGO | MORTGAGE ARRE | 10000.00 | .00 | 10000.00 |
| BY RITE FURNITURE & APPL | SECURED | 500.00 | 53.13 | 500.00 |
| ONYX ACCEPTANCE CORP | SECURED | 4000.00 | 567.33 | 4000.00 |
| ADVANCE TIL PAYDAY | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 685.06 | .00 | 212.92 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| THE CASH STORE | UNSECURED | NOT FILED | .00 | .00 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| CREDITORS DISCOUNT & AUD | UNSECURED | NOT FILED | .00 | .00 |
| EMERGENCY ANIMAL SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| ER SOLUTIONS | UNSECURED | NOT FILED | .00 | .00 |
| FINGERHUT CREDIT ADVANTA | UNSECURED | 1352.26 | .00 | 420.29 |
| GOLD KEY CREDIT INC | UNSECURED | NOT FILED | .00 | .00 |
| HEALTH SERVICE SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| JOLIET RADIOLOGICAL SERV | UNSECURED | NOT FILED | .00 | .00 |
| LIVERMORE BILLING CTR | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| PENNCRO ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| PERSONAL FINANCE | UNSECURED | 2074.92 | .00 | 644.89 |
| PROVENA ST JOSEPH MEDICA | UNSECURED | NOT FILED | .00 | .00 |
| SALVADOR FANTO MD | UNSECURED | NOT FILED | .00 | .00 |
| SILVER CROSS HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| SPIEGEL | UNSECURED | NOT FILED | .00 | .00 |
| USA PAYDAY LOANS | UNSECURED | 725.00 | .00 | 225.33 |

```
BRINKS HOME SECURITY       UNSECURED      NOT FILED              .00          .00
NCO FINANCIAL SYSTEMS      NOTICE ONLY    NOT FILED              .00          .00
LIBERTY MUTUAL             UNSECURED      NOT FILED              .00          .00
MEDCO HEALTH SOLUTION      UNSECURED      NOT FILED              .00          .00
T MOBILE VOICE STREAM      UNSECURED      NOT FILED              .00          .00
BY RITE FURNITURE & APPL   UNSECURED        1309.95              .00       407.14
ONYX ACCEPTANCE CORP       UNSECURED        1061.85              .00       330.03
         Summary of disbursements:
------------------------------------------------------------------------------
                     SECURED    PRIORITY   UNSECURED        OTHER        TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  14500.00         .00     7209.04          .00     21709.04
PRINCIPAL PAID      14500.00         .00     2240.60          .00     16740.60
INTEREST PAID         620.46         .00          .00          .00       620.46
TOTAL PAID          15120.46         .00     2240.60          .00     17361.06
```

The Debtor's attorney, SCHOTTLER & ZUKOSKY               , was allowed $   2200.00
and was paid $    2200.00 .

The Trustee received $     896.94 .

Refunds to the Debtor totaled $    420.00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 03/13/09                    /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE




                                 PAGE   2
              CASE NO. 04 B 37856 LATONYA SIMS